```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                              :
IN RE PAYMENT CARD INTERCHANGE                                :
FEE AND MERCHANT DISCOUNT                                     :
ANTITRUST LITIGATION                                          :    Case No.05-MD-01720 (JG)(JO)
                                                              :
----------------------------------------------------------    :
                                                              :
This document applies to:                                     :
                                                              :
ALL ACTIONS.                                                  :
                                                              :
------------------------------------------------------------ x
```

## NOTICE TO WITHDRAW APPEARANCE OF ATTORNEY

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP ("Willkie Farr"), counsel for MasterCard Incorporated and MasterCard International Incorporated, move the Court pursuant to Local Civil Rule 1.4 for leave to withdraw the appearance of Keila D. Ravelo as counsel in the above-captioned matter. This motion is precipitated by Ms. Ravelo's departure from Willkie Farr. All other counsel of record at Willkie Farr remain the same.

WHEREFORE, we respectfully request that the Court grant the motion to withdraw the appearance of Keila D. Ravelo as counsel.

*13161545.1*

Dated:  November 14, 2014.               Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/Matthew Freimuth
    Matthew Freimuth
    Wesley R. Powell
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8000
    mfreimuth@willkie.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*