**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies to:**<br><br>***Minnesota Twins, LLC, et al. v. Visa Inc., et al.*, No. 14-cv-00873 (E.D.N.Y.) (MKB) (JO).** | **No. 14-MD-1720 (MKB) (JO)**<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS** |

WHEREAS Plaintiffs in the action *Minnesota Twins, LLC, et al. v. Visa Inc., et al.*, No. 14-cv-00873 (E.D.N.Y.), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720 (E.D.N.Y.) (collectively the "Plaintiffs"), having fully settled all of their respective claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: 3/11 , 2015.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: _____

Jason A. Zweig
555 Fifth Avenue, Suite 1700
New York, NY 10017
(212) 856-7227
jasonz@hbsslaw.com

**HEINS MILLS & OLSON, P.L.C.**

Vincent J. Esades
Dylan J. McFarland
310 Clifton Ave.
Minneapolis, MN 55403
(612) 338-4605
vesades@heinsmills.com

*Counsel for Plaintiffs*

**ARNOLD & PORTER LLP**

By: _____

Robert C. Mason
399 Park Avenue
New York, NY   10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas, Esq.
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-3711

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC   20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Counsel for Defendants Visa U.S.A. Inc.,*
*Visa International Service Association, and*
*Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**

By: _____
Gary R. Carney
Andrew C. Finch
1285 Avenue of the Americas
New York, NY   10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo, Esq.
2001 K Street, N.W.
Washington, DC   20006-1047
(202) 223-7300
kgallo@paulweiss.com

3

**WILLKIE FARR & GALLAGHER LLP**

Matthew Freimuth
Wesley R. Powell
787 Seventh Avenue
New York, NY   10019
(212) 728-8000
mfreimuth@willkie.com

*Counsel for Defendants MasterCard*
*International Incorporated and*
*MasterCard Incorporated*

SO ORDERED:

_S/ MKB_____                    Dated:  _3/12/2015_____.
United States District Judge